UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>D&N TRANSPORTATION COMPANY, INC.<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04cv10042 RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41**

Now comes the Plaintiff, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, to notify this Court that he wishes to dismiss the above-captioned action without prejudice and with each party to bear its own costs pursuant to F.R.C.P. 41(a)(1)(i) as the Defendant have neither filed an answer nor motion for summary judgment.

Dated:  February 10, 2004              Respectfully submitted,

                                        For the Plaintiff,
                                        CHARLES LANGONE, FUND MANAGER
                                        By his Attorney,


                                        /s/ Catherine M. Campbell_____
                                        Catherine M. Campbell
                                        BBO #549397
                                        Feinberg, Campbell & Zack, P.C.
                                        177 Milk Street
                                        Boston, MA   02109
                                        (617) 338-1976

<u>Certificate of Service</u>

    I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Laurent J. Duhamel, President, D&N Transportation Company, Inc., PO Box 919, Slaterville, RI 02876.

|  |  |
|---|---|
|  | <u>/s/ Catherine M. Campbell</u> |
| Dated: February 10, 2004 | Catherine M. Campbell |